

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RenLing Chao DEFENDANT(S). | CASE NUMBER CR-14-262-MMM-7 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Fri__, __5/16/14__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/14/14__

_____
U.S. District Judge/Magistrate Judge